UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MONICA JACKSON,

       Plaintiff,

   v.

GENERAL ELECTRIC CORP.,

       Defendant.

Case No. 1:23-cv-822

JUDGE DOUGLAS R. COLE

## ORDER

In the latest dispute between these parties, Monica Jackson sued her former employer, General Electric Corp. (GE), for breach of contract on December 18, 2023. (Compl., Doc. 1). Jackson had previously filed two other cases against GE. (Case Nos. 1:19-cv-629, 1:21-cv-248). And in her latest Complaint, she alleges that GE "breached the [settlement] agreement [resolving those prior cases] by not tendering payment to Plaintiff as stated in the [settlement] agreement." (Doc. 1, #2).

But Jackson has yet to notify the Court that she has served GE. Federal Rule of Civil Procedure 4(m) provides that:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

And plaintiffs also must submit proof of that service to the Court. Fed. R. Civ. P. 4(l).

On April 12, 2024 (116 days after Jackson filed her Complaint), the Court ordered Jackson to show cause by May 3, 2024, as to why the Court should not dismiss

the action without prejudice for failure to properly serve GE. (Doc. 4, #16). That deadline has passed with no response from Jackson and no indication on the docket that she has served GE. Accordingly, the Court now **DISMISSES** this action **WITHOUT PREJUDICE** for failure to effect service, pursuant to Rule 4(m). *Mendoza v. Goldberger*, No. 08-13677, 2009 WL 261472, at *1 (E.D. Mich. Feb. 4, 2009) ("[T]he magistrate judge issued an order to show cause … as to why [two of the] defendants … should not be dismissed under Fed. R. Civ. P. 4(m) for failure to effect service. Plaintiff did not respond to the show cause order. … [Those defendants] are DISMISSED WITHOUT PREJUDICE."). The Court therefore **DIRECTS** the Clerk to enter judgment and to **TERMINATE** this case on its docket.

    **SO ORDERED.**

| | |
|---|---|
| May 8, 2024 | |
| **DATE** | **DOUGLAS R. COLE** |
| | **UNITED STATES DISTRICT JUDGE** |